NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: MICHAEL STARR,**
*Appellant*

---

2016-1285

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 85/969,016.

---

**JUDGMENT**

---

HOWARD LEIB, Howard Leib, Esq., PC, Ithaca, NY, argued for appellant.

CHRISTINA HIEBER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, THOMAS L. CASAGRANDE, ROBERT J. MCMANUS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, WALLACH, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| December, 13, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |